AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>K2 -15-011 | Date and time warrant executed:<br>12/3/15  11:30 AM | Copy of warrant and inventory left with:<br>AT Room |

| Inventory made in the presence of :<br>Richard BARRIOS |
|---|

| Inventory of the property taken and name of any person(s) seized:<br><br>See DEA-12  ATTACHED |
|---|

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/4/15

_____
Executing officer's signature

STEVEN M LUCAS
_____
Printed name and title

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| In the Matter of the Search of | ) | **MICHAEL J. NEWMAN** |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  **3 : 15 ᵐʲ : 518** |
| Days Inn Room 205, | ) | |
| 7761 Old Country Lane | ) | |
| Huber Heights, Ohio 45424 | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Ohio _____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ December 17, 2015 _____ *(not to exceed 14 days)*
❐ in the daytime 6:00 a.m. to 10:00 p.m.     ❐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Michael Newman _____ .

*(United States Magistrate Judge)*

❐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❐ for _____ days *(not to exceed 30)*     ❐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____ 12/3/15 _____

City and state:     Dayton, Ohio _____

_____
*Judge's signature*

Michael Newman, US Magistrate Judge
*Printed name and title*

ATTACHMENT A

The premises located at Days Inn Room 205, 7761 Old Country Lane, Huber Heights, Ohio 45424.     Days Inn Room 205, 7761 Old Country Lane, Huber Heights, Ohio 45424 is more fully described as follows:

Days Inn Room 205 is located on the second floor of the Days Inn at 7761 Old Country Lane, Huber Heights, Ohio 45424.     Room 205 has an exterior door which is blue in color.     The numbers "205" appear on the upper portion of the door.

## ATTACHMENT B

### ITEMS TO BE SEIZED

I respectfully submit that there is probable cause to believe that the following items will be found at this premises:

a.   Heroin, illegal narcotics and related narcotics paraphernalia;

b.   Property that constitutes evidence of the commission of a criminal offense;

c.   Cellular telephones, pagers, scales, packaging materials, and storage containers which are property designed or intended for use or which is or has been used as the means of committing a criminal offense;

d.   Assets such as United States currency, money drafts, real estate drafts, financial instruments, including stocks and bonds representing the proceeds of the distribution of controlled substances;

e.   Correspondence, books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances;

f.   Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

g.   Corresponding books, records, receipts, notes, ledgers, and other papers relating to the activities of individuals involved in distributing controlled substances;

h.   Records relating to income and expenditures of money and wealth, including but not limited to money orders, wire transfers, cashier's checks, receipts, bank statements, passbooks, checkbooks, and check registers;

i.   Bank account records, safe deposit box records, wire transfer records, bank statements, escrow accounts, address books, and paychecks;

j.   Indicia of occupancy, residency, rental and/or ownership of a premises, including, but not limited to mail, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements;

k.   Documents indicating interstate and/or foreign travel such as travel itineraries, plane tickets, boarding passes, motel and hotel receipts, passports, and visas, credit card receipts, and telephone bills, rental car information;

l.   Firearms, ammunition, any firearms parts or accessories and any records or receipts pertaining to firearms and ammunition;

m.   Computer disk and diskettes, computer hardware and software containing records of financial or drug-related transactions involving the individuals and/or businesses they are associated with in any way;

n.    Photographs, including still photos, negatives, video tapes, films, underdeveloped film and the contents therein, slides, in particular photographs of potential co-conspirators, assets and/or controlled substances.

o.    Razor blades, gloves, packaging materials for narcotics.

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Richard Ray Barrios
Days Inn Rm 205

| FILE NO. | | G-DEP IDENTIFIER |
|---|---|---|
| FILE TITLE | | |
| DATE 12/03/15 | | |

DIVISION/DISTRICT OFFICE

DEA Dayton RO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | 50 pellets suspected heroin | Evidence |
| 2 | 45 pellets suspected heroin | Evidence |
| 3 | Samsung cell phone 359354/06/274885/8 | Evidence |
| 4 | ZTE cell phone | Evidence |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) Allen, John M. |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) J. BEHLKE, SA |

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version